[No. 4118–II. Division Two. December 3, 1981.]

*In the Matter of the Marriage of* DIANA M. MURPHY, *Appellant, and* GARY A. MURPHY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 237881, James V. Ramsdell, J., entered May 14, 1979. *Reversed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Reed, C.J., and Petrie, J.

[No. 3976–5–III. Division Three. December 3, 1981.]

THE STATE OF WASHINGTON, *Appellant,* v. TED WARREN GARCEAU, *Respondent.*

Appeal from a judgment of the Superior Court for Klickitat County, No. C–1809, Ted Kolbaba, J., entered April 24, 1980. *Affirmed* by unpublished opinion per Clarke, J. Pro Tem., concurred in by McInturff, C.J., and Green, J.

[No. 3881–5–III. Division Three. December 3, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID McKINSEY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–1–01017–1, John J. Lally, J., entered February 14, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Roe, JJ.